UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LIBIA ROJO** | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-3874 |
| | § | |
| **SANDERSON FARMS, INC.** | § | |
| **(PROCESSING DIVISION)** | § | |
| | § | |
|    Defendant. | § | |

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

Please take notice that the law firm of Scanes & Routh, LLP has changed to Scanes Yelverton Talbert, LLP, effective immediately. The email addresses for counsel have also changed to yelverton@sytfirm.com and shields@sytfirm.com. The remainder of the address remains unchanged and is listed below:

SCANES YELVERTON TALBERT, LLP
7901 Fish Pond Road, Suite 200
P. O. Box 20965
Waco, Texas 76702-0965
(254) 399-8788
(254) 399-8780 (Facsimile)

Respectfully submitted,

By: */s/ Benjamin C. Yelverton*
    Benjamin C. Yelverton
    *Attorney-in-Charge*
    Texas State Bar No. 24084132
    S.D. TX Bar No. 3645489
    yelverton@sytfirm.com
    Joel S. Shields
    Texas State Bar No. 24041907
    S.D. TX Bar No. 39225
    shields@sytfirm.com
    SCANES YELVERTON TALBERT, LLP
    7901 Fish Pond Road, Suite 200
    P. O. Box 20965
    Waco, Texas 76702-0965
    Tel (254) 399-8788
    Fax (254) 399-8780

Caitlin Boehne
Texas State Bar No. 24075815
S.D. TX Bar No. 3146004
cboehne@equaljusticecenter.org
EQUAL JUSTICE CENTER
314 E. Highland Mall Blvd., Ste. 401
Austin, Texas 78752
Tel (512) 474-0007, ext. 110
Fax (512) 474-0008

Shana Khader
Texas State Bar No. 24099860
S.D. TX Bar No. 3410646
skhader@equaljusticecenter.org
EQUAL JUSTICE CENTER
1250 W. Mockingbird Lane, #455
Dallas, TX 75247
Tel (469) 228-4233
Fax (469) 941-0861

**COUNSEL FOR PLAINTIFF LIBIA ROJO**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and served an electronic copy of this pleading on all counsel of record via e-service.

                                   */s/ Benjamin C. Yelverton*
                                   Benjamin C. Yelverton